IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| WISSEM AYOUB,<br><br>      Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>      Defendant. | Case No.: 1:23-cv-01720-RDA-IDD<br><br><br>NOTICE OF SETTLEMENT |

  **NOTICE IS HEREBY GIVEN** that Plaintiff Wissem Ayoub and Trans Union LLC, ("Trans Union"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as to Defendant Trans Union. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

  RESPECTFULLY SUBMITTED this 9th day of February 2024.

                **CONSUMER ATTORNEYS**

                _____/s/_____
                Susan Mary Rotkis
                VSB 40693
                AZ Bar 032866
                Consumer Attorneys
                2290 East Speedway Blvd.

Tucson, AZ 85719
T:602-807-1504
F: 718-715-1750
E: srotkis@consumerattorneys.com

*Attorneys for Plaintiff*
*Wissem Ayoub*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2024, I will electronically file the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

_____/s/_____
Susan Mary Rotkis
VSB 40693
AZ Bar 032866
Consumer Attorneys
2290 East Speedway Blvd.
Tucson, AZ 85719
T:602-807-1504
F: 718-715-1750
E: srotkis@consumerattorneys.com

2