IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

WISSEM AYOUB,                          )
                                       )
                                       )
        Plaintiff,                     )
                                       )
        v.                             )        Civil Action No. 1:23-cv-1720 (RDA/IDD)
                                       )
TRANS UNION, LLC,                      )
                                       )
        Defendant.                     )

## **ORDER**

This matter comes before the Court on Plaintiff's Stipulation of Dismissal.  Dkt. 10.

Plaintiff seeks dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, Plaintiff's Complaint is DISMISSED with prejudice.

The Clerk is directed to close this civil action.

IT IS SO ORDERED.

Alexandria, Virginia
March 27, 2024

                                                        /s/
                                        Rossie D. Alston, Jr.
                                        United States District Judge